## 30798. GIBBONS v. THE STATE.

NICHOLS, Chief Justice.

In view of the decision of this court in *State v. Moore*, 237 Ga. 269 (1976), the certiorari in this case was improvidently granted and is dismissed.

*Dismissed. All the Justices concur, except Ingram and Hill, JJ., who concur in the judgment only, and Gunter, J., who dissents.*

ARGUED APRIL 12, 1976 — DECIDED JULY 15, 1976.

*John W. Timmons, Jr., Jack H. Affleck,* for appellant.

*Harry N. Gordon, District Attorney, B. Thomas Cook, Jr., Assistant District Attorney,* for appellee.